Mr. William L. Anderson, K-18716
P. O. Box 8503/C2-126L
Coalinga, California 93210-8503
P.V.S.P.

FILED
2008 FEB -8 PM 3:01

Monday, February 4, 2008

SOUTHERN DISTRICT OF CALIFORNIA

BY RM DEPUTY

08CV0064 BEN (JMA)

Attn: Clerk's Office
U.S. Dist. Court
Southern Dist Of California
940 Front Street #4290
San Diego, CA 92101-8900

Re : **REQUEST FOR ACKNOWLEDGMENT OF CIVIL COMPLAINT AND NOTIFICATION OF FORMAL CHANGE OF MAILING ADDRESS**

Dear Sir(s): or Madam(s):

On January 4, 2008, Plaintiff mailed one (1) original and four copies of a Civil Rights Act Complaint along with the original Declaration to proceed in forma pauperis and four (4) copies thereof to the Clerk's Office of the U.S. Dist. Court Southern Dist. of California. In this letter I am including a complete copy of both documents mentioned herein plus a copy of the proof of service from the mail room staff at H.D.S.P. attesting to the fact that they mailed the documents in question on January 7, 2008. (SEE ENCLOSED DOCUMENTS.)

On January 9, 2008, prior to the court issuing an assigned court docket number I expedited a formal notice of change of mailing address pursuant to Local Court Rules 12.7.

It has thus been 26 days since the mailing of the complaint in question and 21 days since mailing the notification of change in mailing address. Circumstances of such compels the generation of the instant follow-up letter.

Please, at your most earliest convenience contact Plaintiff concerning this most urgent matter.

In advance thank your ever-so-much for your time, patience and most of all continued cooperation regarding this matter.

cc: file
w/1a

Respectfully submitted,

William L. Anderson

William L. Anderson
Plaintiff

MR. William L. ANDERSON, K18116
P. O. BOX 8503/C2-126L
Coalinga, California 93210-8503
P.V.S.P

ATTN: Clerk's OFFice, U.S. Dist. Court
Southern Dist. OF California
940 Front Street # 4290
San Diego, CA 92101-8900

PRISON GENERATED MAIL
PLEASANT VALLEY STATE PRISON