FILED

FEB 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM DEPUTY

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 148198 - SH

February 28, 2008
16:12:35

Civ Fil Non-Pris
USAO #.: 08CV0064
Judge..: ROGER T BENITEZ
Amount.: $350.00 CK
Check#.: STCA202-055513

Total-> $350.00

FROM: ANDERSON V. VIZCARRA ET AL