ORIGINAL

**WILLIAM LITTLE ANDERSON, K-18716**
P. O. Box 8503/C2-126L
Coalinga, CA 93210-8503
P.V.S.P.

In Pro Per

FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **WILLIAM LITTLE ANDERSON,**<br>Plaintiff,<br><br>**-V-**<br><br>**E. VIZCARRA, (CORR. SGT.), ROBERT J. HERNANDEZ, (WARDEN), J. DENNISON, (CORR. OFFICER),**<br>Defendant(s). | ) | Case No.: 3:08-CV-00064-BEN-JMA<br><br>**APPLICATION/MOTION REQUESTING TO APPEAR BY VIA TELEPHONIC INSTRUMENT TO ALL PRE-TRIAL PROCEEDINGS PRIOR TO TRIAL** |

**TO: THE HONORABLE PRESIDING JAN M. ADLER, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** as soon as the above-entitled matter can be heard Plaintiff respectfully moves this Honorable Court for an order to appear in all scheduled pre-trial motion hearing etc... by telephonic instrument, and that such request is made for good cause as will be fully set forth below.

On **January 04, 2008,** Plaintiff expedited a Complaint Under the Civil Rights Act **42 U.S.C. §1983** to the above-entitled Court. On **January 09, 2008,** the Clerk's Department of the above-entitled Court filed the complaint in question and thereafter issued the supra listed Civil Docket Case Number.

It should be judicially noted that currently I am incarcerated within a California State Prison namely at Pleasant Valley State Prison.

An incarcerated Plaintiff's request to appear by way of telephonic instrument due to reasons beyond his immediate control to make a personal appearance may be permitted. This Court has subject matter judicial powers to grant such an arrangement where there is good cause to do so. By doing so this will afford Plaintiff as an incarcerated civil plaintiff an adequate/ proper opportunity to defend the civil action especially in a situation where the defendant(s)' are being afforded/allowed to personally appear and defend their best interests against the allegations brought against them by the plaintiff.

Accordingly, prisoner(s)' such as Plaintiff that are incarcerated when the civil action is initiated who cannot have professional counsel appear to represent their best interests they should be permitted the absolute right to attend any/all pre-trial proceedings by way of telephonic instrument or personal appearance. Telephonic appearance is specifically available and/or provided for incarcerated pro se litigants to protect their due process and equal protection rights both state and federal.

It is Plaintiff's position that in light of his extraordinary circumstance of being incarcerated which contributes to his inability to personally appear this Court may consider such impediment in light most favorable to Plaintiff and grant the herein request to appear by telephonic instrument.

If and when this Court approves the arrangement requested the Court must contact the Department of Corrections & Rehabilitation to arrange for Plaintiff to telephonically appear in court. If the Department of Corrections refuses the accommodation the Court may order a continuance or employ other alternatives which will satisfy Plaintiff's due process, equal protection and confrontation rights.

It has been a well established historical federal rule that mandate federal and state courts to devise alternative means to secure a prisoner's right to be personally present and/or meaningful access to court in civil actions involving personal property interests including and not limited to allowing telephonic instrument appearances. In determining an appropriate remedy to secure a incarcerated prisoner's access to court related to personal appearances other than denial of telephonic appearances the court should consider the personal effects of the prisoner's non-appearance, the necessity for the presence, the prisoner's role in the action, the prisoner's literacy, intelligence, competency to represent himself, the stage of the proceedings, length of sentence and the feasibility of transferring the prisoner to court from the institution where he/she is currently housed.

As a matter of right a prisoner may not be deprived of meaningful access to the courts on the predicate of his/her inmate status especially where they are parties to a bonafide civil action involving a personal injury/property interests. **(Bounds -V- Smith (1977) 430 U.S. 817, 97 S. Ct. 1491, 52 L. Ed. 2d 72.)**

In the instant matter Plaintiff is currently incarcerated serving a lengthy prison sentence of 26 years to life. In light thereof Plaintiff is respectfully requesting this Court to appear in the herein bonafied civil action by way of telephonic instrument.

The telephonic appearance sought will aid Plaintiff in the full factual development of the civil dispute as well as aid the Court and Department of Corrections & Rehabilitation to preserve scarce judicial and administrative economy and promote efficiency related to Plaintiff's property and adequately defend his best interests. **(UNITED STATES FOURTEENTH AMENDMENT DUE PROCESS AND EQUAL PROTECTION.)**

It is thus respectfully requested under the compelling circumstances that this Honorable Court grant Plaintiff's request for permission to appear via telephonically in any/all pre-trial motion hearings.

I, Plaintiff **WILLIAM LITTLE ANDERSON,** declares under penalty of perjuty under the laws of the State of California and/or America that the foregoing is true and correct to the best of Plaintiff's knowledge and belief and as to those matters Plaintiff believe them to be true and correct.

Dated: 2/25/08

Respectfully submitted,

William Anderson

WILLIAM LITTLE ANDERSON
Plaintiff

IN PRO PER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

WILLIAM LITTLE ANDERSON
Plaintiff or Petitioner

Case No.: 3:08-CV-00064-BEN-JMA

V.

E. VIZCARRA, (CORR.SGT.),
ROBERT J. HERNANDEZ, (WARDEN),
AND DOES 1 TO 40,
Defendant(s) or Respondent(s).

PROOF OF SERVICE

I hereby certify that on 2/25/08, I served a copy of the attached **APPLICATION/MOTION REQUESTING TO APPEAR BY VIA TELEPHONIC INSTRUMENT TO ALL PRE-TRIAL PROCEEDINGS PRIOR TO TRIAL** by placing a copy in a pre-paid postage envelope addressed to the supra defendant's attorney of records herein listed, by depositing said envelope in the United States Mail at Pleasant Valley State Prison:

**ATTN: BILL LOCKYER, ATTORNEY GENERAL OF THE SATE OF CALIFORNIA**
110 West A Street, Suite #1100
San Diego, CA 92101-5266

I declare under penalty of perjury under the laws of the State of California that all of the foregoing is true and correct. Executed on February 25, 2008, at Coalinga, CA.

William Anderson

WILLIAM LITTLE ANDERSON
DECLARANT