# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LITTLE ANDERSON,<br>Plaintiff,<br>vs.<br><br>E. VIZCARRA, Correctional Sergeant; ROBERT J. HERNANDEZ, Warden; and J. DENNISON, Correctional Officer,<br>Defendants. | CASE NO. 08-CV-00064 BEN (JMA)<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO ATTEND PRE-TRIAL PROCEEDINGS TELEPHONICALLY<br><br>[Doc. # 7] |

This is a civil rights case filed by a state prisoner proceeding *pro se*. Plaintiff is incarcerated at Pleasant Valley State Prison. Plaintiff seeks permission to attend all pre-trial hearings or conferences telephonically.

Plaintiff's request is **GRANTED.** As long as Plaintiff proceeds *pro se,* Defendants' counsel shall make all arrangements for Plaintiff to appear telephonically.

**IT IS SO ORDERED.**

DATED: March 3, 2008

Hon. Roger T. Benitez
United States District Judge