**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2008 MAY 14 PM 12: 11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Benitez
FROM: R. Mullin, Deputy Clerk RECEIVED DATE: 4/24/2008
CASE NO.: 08cv0064 BEN (JMA) DOCUMENT FILED BY: Plaintiff
CASE TITLE: Anderson v. Vizcarra, et al
DOCUMENT ENTITLED: Application/Motion Requesting Issuance of Order...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| X | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Case terminated on 5/9/08. Plaintiff must comply with the Court order dated 5/9/08 to reopen case |

**Date forwarded:** 4/25/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Benitez

Dated: 5/12/08
cc: All Parties

By: EJR / PSCL

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

ORIGINAL

WILLIAM LITTLE ANDERSON, K-18716
P. O. Box 8503/C2-126L
Coalinga, CA 93210-8503
P.V.S.P.

In Pro Per

REJECTED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM LITTLE ANDERSON,**<br><br>Plaintiff,<br><br>-V-<br><br>**E. VIZCARRA, (CORR. SGT.),**<br>**ROBERT J. HERNANDEZ, (WARDEN),**<br>**J. DENNISON, (CORR. OFFICER),**<br><br>Defendant(s). | Case No.: 3:08-CV-00064-BEN_JMA<br><br>**APPLICATION/MOTION REQUESTING ISSUANCE OF AN ORDER TO DIRECT THE SERVICE BE EFFECTED BY A U.S. DEPUTY MARSHALL OR OTHER PERSON APPOINTED BY THE COURT** |

**TO: THE HONORABLE JAN M. ADLER, PRESIDING MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** as soon as the above-entitled matter can be calendared to be heard Plaintiff respectfully moves this Court for the issuance of an order under Rule **4(c)(2)** to direct that the service process of the complaint be effected by a United States Deputy Marshall, or a person specially appointed by the Court.

The instant request is made for good cause as will be fully set forth below.

Plaintiff, currently is litigating this matter in pro per and while being incarcerated. Under such conditions substantially contributes to plaintiff's inability to effect the service process other than by way of United States Postal Service.