# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 MAY 14 PM 12:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Benitez

FROM: R. Mullin, Deputy Clerk RECEIVED DATE: 5/12/2008

CASE NO.: 08cv0064 BEN (JMA) DOCUMENT FILED BY: Plaintiff

CASE TITLE: Anderson v. Vizcarra, et al

DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Case closed. No proof of service.** To re-open case, Plaintiff must comply with Order dated 5/9/08 [Doc. No. 9] (attached) |

**Date forwarded:** 5/13/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Benitez

Dated: 5/13/08 By: [signature] PSLC

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Mr. William L. Anderson, K-18716
P. O. Box 8503/C2-126L
Coalinga, CA 93210-8503
P.V.S.P.

REJECTED

Wednesday, May 7 2008

Attn: Clerk's Office of the
UNITED STATES District Court
Southern District of California
880 Front Street #4290
San Diego, CA 92101-8900

Re: **Case No.: 08 CV00064 BEN JMA**

Dear Sir(s): or madam(s):

On **April 21, 2008**, Plaintiff in the above-referenced matter forwarded your office a letter requesting the appropriate summon forms bearing the Court's Seal so that Plaintiff can in compliance with Rule **4(a)-(c)(1)-(2)** timely commence the service process upon the defendant(s). Also on the same date in question Plaintiff forward your office a motion to filed requesting the Court for issuance of an order to direct the service be effected by a United States Marshall or other person appointed by the Court.

Sir(s) or Madam(s), it has thus been three weeks since I forwarded your office the above-referenced materials and as of this date Plaintiff has yet to received a response to the motion or the requested summon forms from your office.

Please, be advised that time is of the essence regarding the time limitations required to serve the defendant(s) in connection with the above-referenced matter. At your most earliest convenience contact Plaintiff regarding this most urgent matter.

In advance thank you-ever-so-much for your time, patience and most of all continued cooperation regarding this matter.

cc: file
w/1a

Sincerely,

William L. Anderson
Plaintiff

P. S. Please, provide Plaintiff with an updated status on the motion requesting the Court to issue an order directing service to be made by a Deputy Marshall.