"original"

FILED
2008 JUL -1 PM 2:19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

WILLIAM LITTLE ANDERSON, K-18716
P. O. Box 8503/C2-126L
Coalinga, California 93210-8503
P.V.S.P.

In Pro Per

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC
JUN 26 2008

| | |
|---|---|
| WILLIAM LITTLE ANDERSON, Plaintiff, -v- E. VIZCARRA et al., Defendants. | Case No. 08-CV-00064-BEN(JMA) **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION REQUESTING VOLUNTARILY DISMISSAL OF THE COMPLAINT** Hon. Roger T. Benitez United States District Judge No Hearing Date Requested [Local Rule 7.11] |

## STATEMENT OF THE CASE

Plaintiff **WILLIAM LITTLE ANDERSON**, an inmate currently incarcerated at Pleasant Valley State Prison located in Coalinga, California, filed a Civil Rights Complaint under **42 U.S.C. §1983. (DKT. #1)** For the reasons fully set forth below, Plaintiff respectfully moves this Court to voluntarily dismiss the Complaint without prejudice.

## ARGUMENT

### I.

### PLAINTIFF PURSUANT TO CIVIL RULES OF PROCEDURES 41(a) VOLUNTARILY REQUESTS DISMISSAL OF THE COMPLAINT

On MAY 9, 2008, this Court issued/filed an order

on the date in question dismissing the instant complaint without prejudice for failure to state a claim under 28 U.S.C. §1915(A)(b).

The Court further granted Plaintiff 45 days leave from the entry of the supra mentioned **MAY 9, 2008** order to file a **"FIRST AMENDED"** Complaint to cure the deficiencies identified by the Court at page 2 therein.

The Court pursuant to Civil Rules OF Procedures 15(a) by granting Plaintiff's 45 days leave from the entry of the order retains jurisdiction over the Complaint and as an integral any and all subsequent pleadings/motions related thereto. **(McDowell -V- Delaware State Police, 88 F. 3d 188, 199 (3d Cir. 1996).)**

In light of this Court's most recent order of **MAY 9, 2008**, it should be judicially noted that Plaintiff at the present can not cure the deficiencies noted in the Court's **MAY 9, 2008** order due to the predicate of the alleged actions of the defendants' involves the wrongful/illegal taking of personal property allegations of which do not state a cognizable claim under 42 U.S.C. §1983. Therefore, under such circumstances compels Plaintiff to voluntarily inquire this Court to dismiss the complaint as opposed to Plaintiff filing a **"FIRST AMENDED"** Complaint.

///

///

///

///

## CONCLUSION

For the reasons set forth above, Plaintiff voluntarily requests dismissal of the Complaint without prejudice and without counting this action as a "STRIKE" as being frivolous or malicious under 28 U.S.C. §1915(g).

Dated: June 19, 2008

Respectfully submitted,

William L. Anderson

WILLIAM LITTLE ANDERSON
PLAINTIFF

IN PRO PER

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) SS
COUNTY OF LOS ANGELES )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, Tommy E. Lewis, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On JUNE 19, 2008, I served the following documents:

NOTICE OF MOTION AND MOTION REQUESTING VOLUNTARILY DISMISSAL OF THE COMPLAINT PURSUANT TO RULES OF CIVIL PROCEDURES 41(a) WITHOUT PREJUDICE WITH INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES BY SEPARATE FILING THEREWITH

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at Coalinga, California, addressed as follows::

ATTN: EDMUND G. BROWN JR.
ATTORNEY GEN. of the State of California
110 West A Street, Suite #1100
San Diego, CA 92101-5266

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of Los Angeles, California on JUNE 19, 2008

Tommy E. Lewis, #K-79432

**Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.**

original

WILLIAM LITTLE ANDERSON, K-18716
P. O. Box 8503/C2-126L
Coalinga, California 93210-8503
P.V.S.P.

In Pro Per

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LITTLE ANDERSON,<br>Plaintiff,<br>-v-<br>E. VIZCARRA et al.,<br>Defendants. | Case No. 08-CV-00064-BEN(JMA)<br><br>**NOTICE OF MOTION AND MOTION REQUESTING VOLUNTARILY DISMISSAL OF THE COMPLAINT PURSUANT TO RULES OF CIVIL PROCEDURES 41(a) WITHOUT PREJUDICE**<br><br>Hon. Roger T. Benitez<br>United States District Judge<br><br>No Hearing Date Requested<br>[Local Rule 7.11] |

**PLEASE TAKE NOTICE** that ("Plaintiff") **WILLIAM LITTLE ANDERSON**, (hereafter) ("Plaintiff") hereby respectfully moves this Honorable Court for permission to voluntarily dismiss the above-entitled matter without prejudice on the predicate of good cause which will be fully set forth within the Memorandum of Points and Authorities in support of the instant motion.

///

///

///

///

///

**wherefore**, for the reasons set forth in the Memorandum of Points and Authorities filed in support of this motion and incorporated herein by reference, and for such other and further good cause as the Court may find, this Court should grant Plaintiff's request for this Court to voluntarily dismiss the complaint.

Dated: June 19, 2008

Respectfully submitted,

William L. Anderson

WILLIAM LITTLE ANDERSON
PLAINTIFF

IN PRO PER

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) SS
COUNTY OF LOS ANGELES )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, Tommy E. Lewis, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On JUNE 19, 2008, I served the following documents:

NOTICE OF MOTION AND MOTION REQUESTING VOLUNTARILY DISMISSAL OF THE COMPLAINT PURSUANT TO RULES OF CIVIL PROCEDURES 41(a) WITHOUT PREJUDICE WITH INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES BY SEPARATE FILING THEREWITH

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at Coalinga, California, addressed as follows::

ATTN: EDMUND G. BROWN JR.
ATTORNEY GEN. of the State of California
110 West A Street, Suite #1100
San Diego, CA 92101-5266

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of Los Angeles, California on JUNE 19, 2008

[signature]

Tommy E. Lewis, #K-79432

**Pursuant to the holding of the United States Supreme Court in <u>Houston v. Lack</u> 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.**